UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | |
|---|---|
| **ROBERT ALLEN BAUTISTA**, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **CAPITAL ONE FINANCIAL** § <br> **CORPORATION 878185453**, § <br> **CAPITAL ONE, NATIONAL** § <br> **ASSOCIATION 006947543**, **CAPITAL** § <br> **ONE SERVICES, LLC 837630326**, § <br> § <br> Defendants. § <br> § | Case No.: **3:24-cv-03010-N** |

## NOTICE OF APPEARANCE

Defendant **Capital One, N.A.** (erroneously sued herein as "Capital One Financial Corporation 8781865453," "Capital One, National Association 006947543," and "Capital One Services, LLC 837630326"), hereby appears by and through its undersigned counsel

Dated: December 2, 2024

Respectfully submitted,

*s/ David Herrold*

David H. Herrold
Texas Bar No. 24107029
**BURKE BOGDANOWICZ PLLC**
**1201 Elm Street, Suite 4000**
Dallas, Texas 75270
Tel. (214) 473-5985
E-mail: dherrold@burkebog.com

**Attorneys for Defendant,**
**CAPITAL ONE, N.A.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on December 2, 2024, he caused a true and correct copy of the above and foregoing instrument to be deposited into the U.S. Mails, all postage prepaid thereon, and e-mailed, addressed to:

    Robert Allen Bautista, *pro se*
    P.O. Box 131385
    Dallas, TX 75313-1385
    E-mail: rbrtbtst16@gmail.com

                                            *s/David Herrold*
                                            David H. Herrold