UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | |
|---|---|
| **ROBERT ALLEN BAUTISTA**, § § § Plaintiff, § § v. § § Case No.: **3:24-cv-03010-N** § **CAPITAL ONE FINANCIAL** § **CORPORATION 878185453**, § **CAPITAL ONE, NATIONAL** § **ASSOCIATION 006947543**, **CAPITAL** § **ONE SERVICES, LLC 837630326**, § § Defendants. § § | |

## CERTIFICATE OF INTERESTED PARTIES

Defendant **Capital One, N.A.** (erroneously sued herein as "Capital One Financial Corporation 8781865453," "Capital One, National Association 006947543," and "Capital One Services, LLC 837630326" ("Capital One")), pursuant to N.D.Tex. LR 81.1(a)(4)(D), and 3.1(c), hereby identifies the following "list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities" that it believes may be financially interested in the outcome of this civil action:

1. The *pro se* plaintiff, Robert Allen Bautista.
2. Capital One.
3. David H. Herrold of Burke Bogdanowicz, PLLC, counsel to Capital One.

Further, pursuant to *id.* and Fed.R.Civ.P. 7.1, Capital One identifies the following parent corporation and publicly held corporation who owns 10% or more of its stock: Capital One Financial Corporation.

Dated: December 2, 2024                    Respectfully submitted,

*s/David Herrold*
David H. Herrold
Texas Bar No. 24107029
**BURKE BOGDANOWICZ PLLC**
**1201 Elm Street, Suite 4000**
Dallas, Texas 75270
Tel. (214) 473-5985
E-mail: dherrold@burkebog.com

**Attorneys for Defendant,**
**CAPITAL ONE, N.A.**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2024, he caused a true and correct copy of the above and foregoing instrument to be deposited into the U.S. Mails, all postage prepaid thereon, and e-mailed, addressed to:

Robert Allen Bautista, *pro se*
P.O. Box 131385
Dallas, TX 75313-1385
E-mail: rbrtbtst16@gmail.com

*s/David Herrold*
David H. Herrold