IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ROBERT ALLEN BAUTISTA,**
Plaintiff,

v.                                                                                     § Case No. 3:24-cv-03010-N-BT§

**CAPITAL ONE FINANCIAL
CORPORATION,
CAPITAL ONE, NATIONAL ASSOCIATION,
CAPITAL ONE SERVICES, LLC,
EQUIFAX INC.,
EXPERIAN CORPORATION,
TRANSUNION,**
Defendants.

---

**AMENDED ORDER TO COMPEL DISCOVERY**

Upon Plaintiff's motion to compel discovery, the Court hereby ORDERS as follows:

1. **Defendants Capital One Financial Corporation, Capital One National Association, Capital One Services, LLC** are hereby COMPELLED to respond to Plaintiff's discovery requests and produce the following documents within **14 days** of the date of this Order:

a. **The Original Security Collateral for the Account**: Defendants shall provide the original contract between the Plaintiff and the Capital One Defendants, including any and all allonges, amendments, and modifications related to the contract that have been executed at any time, including the Plaintiff's signature thereon.

b. **GAAP Compliant Financial Accounting for the Principal's Account**: Defendants shall provide detailed, GAAP-compliant financial statements for the Principal's account, including but not limited to transaction history, account balances, fees, charges, credits, and any adjustments made to the account.

c. **Any and All Remitted Bills of Exchange**: Defendants shall produce copies of all Bills of Exchange remitted by Plaintiff on behalf of the Principal, including proof of receipt of said Bills of Exchange by Defendants, and any communications or documentation showing Defendants' acceptance or rejection of the same.

2. **Failure to Comply**: Failure to comply with this Order within the specified timeframe may result in further sanctions, including but not limited to dismissal of Defendants' claims or default judgment in favor of Plaintiff.

3. **Cost of Discovery**: Defendants shall bear the cost of production and any reasonable costs incurred by Plaintiff in seeking enforcement of this Order.

SO ORDERED this ____ day of _____, 2024.

**Honorable Judge Name**
United States District Judge

**Certificate of Service**

I hereby certify that on the 5TH day of DECEMBER, 2024, a true and correct copy of this Order was served on all counsel of record via EMAIL.

Respectfully submitted,

WITHOUT RECOURSE

WITHOUT PREJUDICE

ROBERT ALLEN BAUTISTA®

BY: /s/ Bautista, Robert – Allen / Agent

---------------------------------------------------------

Robert Allen Bautista / Attorney-in-Fact