IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-03010-N-BT |
| | § | |
| CAPITAL ONE FINANCIAL | § | |
| CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff Robert Allen Bautista, proceeding *pro se* in this removed civil action against Defendant Capital One, N.A,[1] alleges violations of numerous federal statutes, including the Equal Credit Opportunity Act (ECOA), the Fair Housing Act (FHA), the Fair Credit Reporting Act (FCRA), Fair and Accurate Credit Transactions Act (FACTA), and the Securities Exchange Act of 1934. Notice of Removal, Ex. A (ECF No. 1). On December 4, 2024, the Court ordered the parties to submit separate proposals for the contents of a scheduling order by December 23, 2024. Order (ECF No. 7). Accordingly, the Court has not yet set a scheduling order.

On December 5, 2024, Bautista filed an Amended Complaint, *see* ECF No. 9, adding Equifax Inc., Experian Corporation, and TransUnion as Defendants,

---

[1] Bautista erroneously sued Defendant Capital One, N.A. as three separate entities. *See* Notice of Removal 1 (ECF No. 1).

1

adding state claims under the Texas Deceptive Trade Practices Act (DTPA) and Texas Securities Act, and seemingly dropping his claims under the FHA. Bautista must effect proper service of the Amended Complaint on the newly-added Defendants. Capital One may file an answer or other response to the Amended Complaint that comports with the Federal Rules of Civil Procedure and the local rules of this Court.

On December 5, 2024, Bautista also filed a proposed "Amended Order to Compel Discovery" from Capital One (ECF No. 10). But he did not file any accompanying motion. The proposed order does not allege that Bautista served any discovery on Capital One; nor does it present any argument showing Bautista is entitled to relief. Accordingly, the Court does not construe the proposed order as a motion.

**SO ORDERED**.

December 10, 2024.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

2