ROBERT ALLEN BAUTISTA™
PO BOX 131385
Dallas, TX 75313-1385
RBRTBTST16@GMAIL.COM
702-501-9639

**Date:** January 14, 2025

**Clerk of the Court**
United States District Court
Northern District of Texas
Dallas Division
1100 Commerce Street
Dallas, Texas 75242
Re: **Request for Issuance of Citations for Joined Parties**

Case No. 3:24-cv-03010-N-BT

Plaintiff: ROBERT ALLEN BAUTISTA™

Defendants: Capital One Financial Corporation, Capital One, National Association, Capital One Services, LLC, Equifax Inc., Experian Corporation, TransUnion

Dear Clerk,

I am writing to respectfully request that the Clerk issue citations SO THE PLAINTIFF CAN ENSURE PROPER SERVICE OF PROCESS for the following joined parties in the above-referenced case:

1. **Experian Corporation**

   Address: 475 Anton Blvd,

   Costa Mesa, CA 92626

2. **Equifax Inc.**

   Address: 1550 Peachtree Street NW,

   Atlanta, GA 30309

3. **TransUnion**

   Address: 555 W Adams St,

   Chicago, IL 60661

These parties were joined in the action through the filing of the **Amended Complaint and Joinder of Defendants**, which was filed on January 14, 2025. The above-listed credit reporting agencies are crucial to the claims and relief sought by the Plaintiff in this matter.

Please proceed with issuing the appropriate citations for service upon these parties. If any additional information or documentation is required, kindly let me know.

Thank you for your attention to this matter.

Sincerely,

WITHOUT RECOURSE
WITHOUT PREJUDICE
ROBERT ALLEN BAUTISTA™
BY: /s/ Bautista, Robert-Allen / Agent
-------------------------------------
Robert Allen Bautista / Attorney-in-Fact
PO BOX 131385
Dallas, TX 75313-1385
RBRTBTST16@GMAIL.COM
702-501-9639
