IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Robert Bautista,<br><br>   *Plaintiff,*<br>v.<br><br>Capital One Financial Corporation, et al.,<br><br>   *Defendants*. | CASE NO. 3:24-cv-03010-N-BT |

**[PROPOSED] ORDER GRANTING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

  Pending before the Court is Defendant Experian Information Solutions, Inc. and Trans Union's motion to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The Court, having now considered the pleadings, the submissions, and arguments of the parties, hereby determines that the motion should be GRANTED.

  Accordingly, it is hereby ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to claims against Experian Information Solutions, Inc. and Trans Union LLC.

  SIGNED this _____ day of _____, 2025.


                           _____
                           The Honorable Rebecca Rutherford
                           United States Magistrate Judge