IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-03010-N-BT |
| | § | |
| CAPITAL ONE FINANCIAL | § | |
| CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 28, 2025. (ECF No. 38). The District Judge has made a *de novo* review of the relevant portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. The District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 19th day of August, 2025.

_____
David C. Godbey
United States District Judge