IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:24-cv-03010-N-BT |
| CAPITAL ONE FINANCIAL CORPORATION, *et al.*, | § § § § | |
| Defendants. | § § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is DISMISSED with prejudice under Federal Rule of Civil Procedure 12(b)(6).

**SO ORDERED,** this 19th day of August, 2025.

_____
David C. Godbey
United States District Judge

1